UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR LEJEUNE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:21-cv-01776 ) ) |
| RIGHTPOINT CONSULTING LLC and GENPACT LIMITED, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SETTLEMENT

Plaintiff Victor LeJeune and Defendants Rightpoint Consulting LLC and Genpact Limited ("the Parties") respectfully notify the Court that they have reached a settlement in this matter. The Parties accordingly agree and request that the Court stay all proceedings to allow for a final settlement agreement to be prepared and executed and a stipulation for dismissal to be filed within twenty-one (21) days.

Dated: June 30, 2021

Respectfully submitted,

/s/ David D. Leishman
David D. Leishman
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
Phone: 312.750.8680
dleishman@mcguirewoods.com

*Attorneys for Defendants Rightpoint Consulting LLC and Genpact Limited*

  /s/Daniel Zemans
Daniel Zemans

Daniel Zemans
Law Offices of Daniel Zemans, LLC
2023 W. Berteau #1
Chicago, IL 60618
Phone: (773) 706-7767
dzemans@zemans-law.com

*Attorney for Plaintiff*

146953118_1