## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Victor LeJeune

                        Plaintiff,

v.                                                       Case No.: 1:21−cv−01776
                                                         Honorable Steven C. Seeger

Rightpoint Consulting, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 6, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: The joint motion to postpone dismissal with prejudice by 30 days (Dckt. No. [14]) is hereby granted. The dismissal without prejudice will automatically convert to a dismissal with prejudice unless a party seeks and obtains relief from the Court by September 13, 2021. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.